UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/19
```

-------------------------------------------------------------X

JORGE BOLIVAR GUZMAN, *individually and on behalf of others similarly situated*,

                  *Plaintiff*,

-against-

TOYS OUTLET INC. (D/B/A FURNITURE EXPRESS), IZZY FURNITURE INC. (D/B/A IZZY FURNITURE), and ISRAEL ABOUTBOUL
                  *Defendants.*

-------------------------------------------------------------X

Case No. 17-cv-09901-PAE

[Proposed Form Of]
**JUDGMENT**

## JUDGMENT

On December 19 2017, this action was commenced by Plaintiff Jorge Bolivar Guzman's filing of the complaint and this Court's issuance of the summons. Plaintiff filed an amended complaint on May 24, 2018. Defendants Toys Outlet Inc. and Izzy Furniture Inc. appeared by counsel Eric Tilton. On December 6, 2018 the Court granted Mr. Tilton's motion to withdraw as to defendant Aboutboul, and directed Toys Outlet Inc. and Izzy Furniture Inc. to appear by substitute counsel by December 27, 2018 or a default judgment may be entered against them. Defendants Toys Outlet Inc. and Izzy Furniture Inc. did not appear by counsel.

NOW, on motion of Michael Faillace and Associates, PC, the attorneys for the Plaintiff, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff Jorge Bolivar Guzman have judgment against defendants Toys Outlet Inc. and Izzy Furniture Inc. in amounts to be determined following additional proceedings in this action.

Dated: 10/16, 2019

                                          Paul A. Engelmayer
                                          District Judge Paul A. Engelmayer