# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510        Telephone: (212) 317-1200
New York, New York 10165                Facsimile: (212) 317-1620

jandrophy@faillacelaw.com

November 21, 2019

BY ECF
Hon. Paul A. Engelmayer
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re:  Jorge Bolivar Guzman v. Toys Outlet Inc. et al
     17-cv-9901 (PAE)

Dear Judge Engelmayer:

I represent Plaintiff Jorge Bolivar Guzman in this action. I write jointly with Defendant Israel Aboutboul to respectfully request that the trial scheduled for November 25 and 26, 2019 be adjourned *sine die* due to the parties having reached a settlement in principle. The parties reached a settlement in principle yesterday.

Counsel for Mr. Aboutbuol, Susanne Toes Keane, and I, will work to prepare a settlement agreement promptly for execution. The settlement agreement was reached with the able assistance of Magistrate Judge Cave who presided over a settlement conference on November 13, and the parties are submitting a notice, consent, and reference to her for further proceedings in the action.

I thank the Court for its attention to this matter.

Respectfully Submitted,

/s/*Joshua S. Androphy*
Joshua S. Androphy

---

The trial scheduled for November 25 and 26, 2019 is adjourned. The parties are directed to file the notice, consent, and reference forthwith and, in any event, no later than November 22, 2019.

SO ORDERED.                                      11/21/2019

*Paul A. Engelmayer* (signature)
Paul A. Engelmayer
United States District Judge