UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE BOLIVAR GUZMAN, individually and on behalf of others similarly situated,

                Plaintiff,

against

TOYS OUTLET INC. (d/b/a FURNITURE EXPRESS), et al.,

                Defendants.

CIVIL ACTION NO.: 17 Civ. 9901 (PAE) (SLC)

**ORDER TO SUBMIT SETTLEMENT MATERIALS**

**SARAH L. CAVE**, United States Magistrate Judge:

      This case contains one or more claims arising under the Fair Labor Standards Act. In light of the requirements of <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199 (2d Cir. 2015), the parties must file a joint Letter-Motion that addresses whether the settlement is fair and reasonable.

      The parties must file their Letter-Motion by **Monday, December 9, 2019**, and should address the claims and defenses, the defendants' potential monetary exposure and the bases for any such calculations, the strengths and weaknesses of the plaintiff's case and the defendants' defenses, any other factors that justify the discrepancy between the potential value of plaintiff's claims and the settlement amount, the litigation and negotiation process, as well as any other issues that might be pertinent to the question of whether the settlement is reasonable (for example, the collectability of any judgment if the case went to trial).

The joint Letter-Motion should also explain the attorney fee arrangement, attach a copy of the retainer agreement, and provide information as to actual attorney's fees expended. Finally, a copy of the settlement agreement itself must accompany the joint Letter-Motion.

The Clerk of Court is respectfully directed to mail this order to Defendant Israel Aboutboul at the address below.

Dated: New York, New York
November 26, 2019

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail to: Israel Aboutboul
2230 East 66th Street
Brooklyn, New York 11234-6326