# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510     Telephone: (212) 317-1200
New York, New York 10165             Facsimile: (212) 317-1620

jandrophy@faillacelaw.com

December 9, 2019

BY ECF
Hon. Sarah L. Cave
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007

      Re:    Jorge Bolivar Guzman v. Toys Outlet Inc. et al
             17-cv-9901 (SLC)

Dear Judge Cave:

    I represent Plaintiff Jorge Bolivar Guzman in this action. I write with the consent of Defendant Israel Aboutboul to respectfully request that the deadline to submit the settlement agreement in this action be extended from today, December 9, 2019 to December 23, 2019. This is the first such request for an extension of time.

    The reason for the request is that the parties are in the process of agreeing to the language of the settlement agreement and preparing the agreement for execution. Additional time is needed for review and execution of the agreement.

    I thank the Court for its attention to this matter.

Respectfully Submitted,

      /s/*Joshua S. Androphy*
Joshua S. Androphy

---

Plaintiff's Letter-Motion for an extension of time to submit the settlement materials (ECF No. 107) is GRANTED. The parties are directed to submit their settlement materials by **Monday, December 23, 2019**. The Clerk of Court is respectfully directed to close ECF No. 107.

SO ORDERED  12/10/19

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

*Certified as a minority-owned business in the State of New York*